ORIGINAL

FILED
NOV 21 2012
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 4:12-cr- 40086 |
| ) | |
| CECILIA N. CARDENAS, ) | |
| TOMMIE T. CONNER, ) | |
| and ) | VIO: Title 21, United States Code, |
| CHAZ D. TATE, ) | Sections 846, 841(a)(1), |
| ) | 841(b)(1)(A) |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

(Conspiracy to Distribute and Possess with Intent to Distribute
Cocaine)

Beginning in or about May 2011, and continuing to on or about August 1, 2012, in Rock Island County, within the Central District of Illinois, and elsewhere, the defendants,

**CECILIA N. CARDENAS,
TOMMIE T. CONNER,
and
CHAZ D. TATE,**

did knowingly and intentionally combine, conspire, confederate and agree with one another and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 280 grams or more of a mixture and substance which contains cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A),

all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

s/Foreperson

_____
**FOREPERSON**

s/D. Greg Weddle

_____
**JAMES A. LEWIS**
**UNITED STATES ATTORNEY**
**DGW**